NO. 07-04-0555-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JUNE 17, 2005

_____

CHRISTOPHER ROBIN SCOTT, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 242ND DISTRICT COURT OF HALE COUNTY;

NO. B14418-0204; HONORABLE ED SELF, JUDGE

_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant Christopher Robin Scott's motion to dismiss his appeal by which he represents he wishes to withdraw his notice of appeal. The motion is personally signed by appellant as required by Rule 42.2(a) of the Texas Rules of

Appellate Procedure.  No decision of this Court having been delivered to date, the motion

is granted.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.


Don H. Reavis
Justice

Do not publish.